No. 189. F. M. WIRGMAN ET AL., APPELLANTS, *v.* H. H. PERSONS ET AL., RECEIVERS, ETC. Appeal from the United States Circuit Court of Appeals for the Fourth Circuit. Motions to dismiss or affirm and petition for writ of certiorari submitted January 16, 1905. Decided January 23, 1905. *Per Curiam.* Dismissed for the want of jurisdiction. *United States* v. *Jahn,* 155 U. S. 109; *McLish* v. *Roff,* 141 U. S. 661; *Robinson* v. *Caldwell,* 165 U. S. 359; *American Sugar Refining*

*Company* v. *New Orleans,* 181 U. S. 277; *Ayres* v. *Polsdorfer,* 187 U. S. 585; *Colorado Mining Company* v. *Turck,* 150 U. S. 138; *Ex parte Jones,* 164 U. S. 691. Case below, 126 Fed. Rep. 449, 454. Petition for a writ of certiorari denied. *Mr. F. H. Busbee* for appellants. *Mr. Norris Morey* for appellees.